AO93(Rev.5/85) Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

3331 22nd Street, S.E. Apt. G,
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 07 - 320 - M - 01

TO: __Special Agent Ryan M. Pardee__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Ryan M. Pardee_ who has reason to believe that (name, description and or location) **3331 22nd Street, Apartment G, Southeast, Washington, D.C. is further described as a three story red brick apartment building with tan and off-white siding. The building has cement stairs with green railings leading to the front door. There is a metal and glass call-box to the left of the front door and a green awning with beige numerals "3-3-3-1" in the center of the awning. Apartment G is located on the third floor straight ahead at the top of the stairs with a green door with a gold "G" over the peephole in the door.**
in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A hereto and incorporated herein by reference

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 1, 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 21 2007 _____ at _____, at Washington, D.C.
Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____   _____
Name and Title of Judicial Officer   Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>6-4-07 | DATE AND TIME WARRANT EXECUTED<br>6-21-07  4:32 p.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF  John Bevington, Steve Naugle | | |
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>See attached | | |

**FILED**

JUL 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature: Ryan Pardo]*

Subscribed, sworn to, and returned before me this date.

*[signature]*   7/5/07
U.S. Judge or U.S. Magistrate Judge    Date

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 245F-SF-134078

John Bevington
J-437-8060
Steve Naugle
J-437-5071

On (date) 6-21-07

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____
(Street Address) 3331 22nd St, Apt G, SF
(City) WDC

Description of Item(s):
1. DC G/L + DC J/L - Miscellaneous documents - pants pocket
2. Cell phone - Rm E
3. Mail matter to ____ - Rm E
4. 3 glass bottles containing suspected PCP - Rm E
5. Newspaper + a clear glass bottle containing suspected PCP - Rm E
6. Brown paper bag + clear glass bottle containing suspected PCP - Rm E
7. Newspaper + 4 clear bottles containing suspected PCP - Rm E
8. 2 luggage tags - Rm E
9. 1 box of zip-lock bags + 1 box of sandwich bags - Rm E
10. Large blue zip-lock bag containing numerous small zips of multi colors - Rm E
11. Mail matter - Rm E
12. Dole juice bottle containing suspected PCP - Rm E
13. Blue zip-lock bag containing 3 pieces of plastic each containing suspected marijuana - Rm E
14. Bottle caps + rubber bands - Rm E
15. Brown paper bag containing clear glass bottles - Rm E
16. 7 clear bottles containing suspected PCP - Rm E. Inside blue plastic bag which was inside a green tub

Received By: _____ (Signature)   Received From: _____

FD-597 (Rev 8-11-94)
Case 1:07-mj-00320-JMF    Document 2    Filed 07/05/2007    Page 4 of 5

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245F-WF-234878

On (date) 6-21-07

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)

(Street Address) 3331 22nd St Apt G, SE

(City) WDC

Description of Item(s):

(17) Plastic syringes - R~E
(18) 25 caliber ammunition + phone book - R~E
(19) 1 photograph - R~
(20) $3,900.00 in US currency - R~E
(21) USA passport - Boyd - R~E

Received By: [signature] C. Boyd
Received From:

ATTACHMENT A

(a) Books, records, receipts, notes, ledgers, and other papers including any computerized or electronic records, relating to the transportation ordering, purchase and distribution of controlled substances, in particular, cocaine, heroin and phencyclidine (PCP) Schedule I and II controlled substances.

(b) Address and/or telephone books and papers reflecting names, addresses and/or telephone numbers including computerized or electronic address and/or telephone records.

(c) Books, records, receipts, bank statements and records money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks, and any other items evidencing the obtaining, secreting, transfer, and/or concealment of assets.

(d) Proceeds of narcotics violations including United States currency, precious metals, jewelry and financial instruments, including but not limited to, stocks and bonds.

(e) Photographs, in particular, photographs of co-conspirators, of assets, of weapons, and/or of controlled substances, and other documents identifying associates and co-conspirators.

(f) Indicia of occupancy, residence and/or ownership of the premises, including but not limited to, utility and telephone bills, canceled envelopes and keys.

(g) Indicia of travel, including, but not limited to, passport, visas, airline tickets, boarding passes, and airline receipts.

(h) Any and all devices used to store and count money such as safes: combinations or lock type, and money counting machines.

(i) Weapons, handguns, and ammunition and any related evidence, such as firearms manuals, original firearms packaging, expended rounds, and gun storage or cleaning materials.

(j) illegal controlled substances, including cocaine, PCP(phencyclidine), and heroin.

(k) Indicia of drug trafficking, including, but not limited to, scales, cutting agents, cutting tools, drug paraphernalia for processing and packaging and/or distributing controlled substances.

(l) Any locked or closed containers believed to contain any of the above listed evidence.